# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| PAMELA RENEE SAVAGE, et al., | : | |
| Plaintiffs, | : | |
| vs. | : | Civil Action No. 18-00266-KD-B |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *et al.*, | : : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 18, 2018 (doc. 11), is **ADOPTED** as the opinion of this Court.

Accordingly, this action is remanded to the Circuit Court of Clarke County, Alabama. The request for attorney's fees is denied.

**DONE** this 3rd day of August 2018.

   s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**